**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 9:25-cv-80046-DMM**

HOWARD COHAN,

    Plaintiff,
vs.

HAWKERS DELRAY BEACH, LLC,
d/b/a HAWKERS ASIAN STREET FOOD,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, HAWKERS DELRAY BEACH, LLC d/b/a HAWKERS ASIAN STREET FOOD ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties ten (10) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 25th day of February, 2025.

| | |
|---|---|
| BY: _s/ Jason S. Weiss_<br>Jason S. Weiss<br>Jason@jswlawyer.com<br>Florida Bar No. 356890<br>**WEISS LAW GROUP, P.A.**<br>5531 N. University Drive<br>Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br><br>*Attorneys for Plaintiff* | BY: _s/ Dale L. Friedman_<br>Dale L. Friedman, Esquire<br>Florida Bar No. 854646<br>dfriedman@conroysimberg.com<br>**CONROY SIMBERG**<br>3440 Hollywood Boulevard<br>Second Floor Hollywood, FL 33021<br>(954) 961-1400<br>(954) 967-8577<br><br>*Attorneys for Defendant* |